IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN LINTON,

    Petitioner,

v.                                                   CASE NO. 4:05-cv-00265-MP-AK

LARRY CAMPBELL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, and Doc. 2, Prisoner Consent Form and Financial Certificate, by Alvin Linton, which the Court interprets as a motion for leave to proceed *in forma pauperis*. The motion for IFP is incomplete, as the financial certificate has not been completed by a prison official and there is no statement of account. Thus, the motion for IFP requires amendment. Petitioner will therefore be required to file an amended motion for IFP in this case, which includes the necessary financial certification and account information.

Furthermore, it appears that Petitioner is a pretrial detainee, and thus, the appropriate vehicle for relief is 28 U.S.C. § 2241. *Hughes v. Attorney General*, 377 F.3d 1258 (11th Cir. 2004) (pretrial petition for habeas relief is properly asserted pursuant to § 2241). The Clerk will send Petitioner the appropriate forms.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **September 2, 2005**, to file an amended application for leave to proceed *in forma pauperis* which includes his inmate account information and the certification, clearly designated as an "amended" application, or pay the $5.00 filing fee;

That the Clerk shall forward to Petitioner four § 2241 forms, along with any service copies of the initial petition;

That no later than **September 2, 2005**, Petitioner shall file an "amended petition," along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this _2nd_ day of August, 2005.

s/ *A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 4:05-cv-00265-MP-AK*