IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN LITTON,

    Petitioner,

v.                                  CASE NO. 4:05-cv-00265-MMP-AK

LARRY CAMPBELL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 8, Request for Court Assistance, and Doc. 9, Motion to Supplement Petition for Writ of Habeas Corpus, by Petitioner Alvin Litton. In his motion for assistance, Petitioner asks this Court to help him get certain drug charges dismissed in state court. That is not a matter over which this Court has any authority. Petitioner should contact attorney representing him on those matters for assistance. The motion to supplement is also not well taken. By prior order, the Court directed Petitioner to file an amended § 2241 petition. Doc. 7. The deadline for filing the amended petition is September 2, 2005. Petitioner may include his new allegations in the amended petition.

    Accordingly, it is **ORDERED**:

    That the request for assistance, Doc. 8, is **DENIED**;

    That the motion to supplement, Doc. 9, is **DENIED**.

    **DONE AND ORDERED** this  *19th*   day of August, 2005.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**