IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN LINTON,

    Petitioner,

v.                                  CASE NO. 4:05-cv-00265-MP-EMT

LARRY CAMPBELL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 35, Report and Recommendations of the Magistrate Judge, recommending that Petitioner's motion to dismiss, Doc. 34, be granted and this action dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation on Wednesday, February 8, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. A copy of the report was mailed to the Petitioner, but was returned to the Court as non-deliverable. The Petitioner has not provided any forwarding address information. Therefore, having considered the Report and Recommendation, as well as Petitioner's failure to keep the Court informed of his current address, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's motion to dismiss, Doc. 34, construed as a notice of voluntary dismissal, is granted and this action is dismissed without prejudice.

    **DONE AND ORDERED** this   *28th* day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge